# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D2025-2727
LT Case No. 16-2023-CF-004404-AXXXMA
_____

JAMES ERIC HARRELL,

 Appellant,

 v.

STATE OF FLORIDA,

 Appellee.

_____

On appeal from the Circuit Court for Duval County.
London Mahogany Kite, Judge.

Rick A. Sichta and Susanne K. Sichta, of The Sichta Firm, LCC, Jacksonville, for Appellant.

James Uthmeier, Attorney General, and Virginia Chester Harris, Senior Assistant Attorney General, Tallahassee, for Appellee.

January 20, 2026

PER CURIAM.

 AFFIRMED.

JAY, C.J., and WALLIS and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____